# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133227 & (52)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MONEY SOURCE FINANCIAL,
      Plaintiff-Appellant/
      Cross-Appellee,

v

                                   SC: 133227
                                   COA: 270084
ANN ARBOR COMMERCE BANK,          Washtenaw CC: 03-001378-CZ
      Defendant/Third-Party Plaintiff-
      Appellee/Cross-Appellee,

v

NATIONAL CITY BANK,
      Third-Party Defendant/Cross-
      Plaintiff-Appellee/Cross-Appellant,

and

WILLIAM DAVIS and WILLIAM FAULKNER,
      Third-Party Defendants.

_____/

      On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

s0618

_____
Clerk